**Darrell J. MICKELL, Plaintiff-Appellant,**

v.

**Bryan STIRLING; C. Reynolds; Mr. Davis; Mr. Sharpe; Mr. Graham; Mr. Nolan; Mr. Williams; Ms. Shaw; Ms. Smith, Defendants-Appellees.**

No. 17-6282

United States Court of Appeals, Fourth Circuit.

Submitted: September 29, 2017

Decided: October 12, 2017

Darrell J. Mickell, Appellant Pro Se. David Cornwell Holler, LEE ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina, for Appellees.

Before KEENAN, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell J. Mickell appeals the district court's order accepting the recommendation of the magistrate judge and granting defendants' motion for summary judgment in Mickell's 42 U.S.C. § 1983 (2012) action and the magistrate judge's orders denying his motions to appoint counsel and to compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mickell v. Stirling*, No. 6:15-cv-04656-RBH (D.S.C. Dec. 29, 2015; Jan. 25, 2016; Sept. 13, 2016; Feb. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*